CONFIDENTIAL

FILED
IN CLERKS OFFICE
2024 JUL 26 PM 1:45
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

United States of America ex rel.
The Tarbell Group, LLC,

Plaintiff

v.

American Promise,
Behavioral Healing Services Inc.,
Blackstone Valley Chamber of Commerce Inc.,
Burlington Area Chamber of Commerce,
Children's League of Massachusetts Inc.,
Country Club of Wilbraham Inc.,
Greater Haverhill Foundation Inc.,
Hibernian Building Association of Salem Inc.,
Jobs For Fall River Inc.,
Massachusetts Council Of Human Service Providers Inc.,
Neighborhood Assistance Corporation of America,
New England Premiership Inc.,
Riverside Development Corporation, and
Worcester Business Development Corporation,

Defendants

**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**

Case no.

## COMPLAINT

### Nature of the Case

1. Relator The Tarbell Group, LLC, brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733, to recover funds illegally obtained by the defendants under federal COVID-19 relief laws.

### Jurisdiction and Venue

2. The Court has jurisdiction of, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial

district each defendant can be found, resides, transacts business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

**Parties—Relator**

3. Relator The Tarbell Group, LLC, is a limited liability company located in and organized under the laws of the Commonwealth of Virginia.

**Parties—501(c)(4) Defendants**

4. Defendant American Promise is an entity exempt from taxation under section 501(c)(4) of the Internal Revenue Code, 26 U.S.C. § 501(c)(4) ("Tax-Exempt 501(c)(4) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 33 Bradford Street, Concord, MA.

5. Defendant Behavioral Healing Services Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 33 Cherryvale Avenue, Springfield, MA.

6. Defendant Blackstone Valley Chamber of Commerce Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 670 Linwood Avenue, Suite 5, Whitinsville, MA.

7. Defendant Burlington Area Chamber of Commerce is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 265 Winn Street, Apartment 302, Burlington, MA.

8. Defendant Children's League of Massachusetts Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 40 Court Street, Boston, MA.

9. Defendant Country Club of Wilbraham Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 859 Stony Hill Road, Wilbraham, MA.

10. Defendant Greater Haverhill Foundation Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2 Merrimack Street, Suite 505, Haverhill, MA.

11. Defendant Hibernian Building Association of Salem Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 104 Boston Street, Salem, MA.

12. Defendant Jobs For Fall River Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 139 South Main Street, Fall River, MA.

13. Defendant Massachusetts Council Of Human Service Providers Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 100 Crossing Boulevard, Suite 100, Framingham, MA.

14. Defendant Neighborhood Assistance Corporation of America is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 225 Centre Street, Suite 100, Roxbury, MA.

15. Defendant New England Premiership Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 7 West Street, Walpole, MA.

16. Defendant Riverside Development Corporation is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 70 Lyman Street, Holyoke, MA.

17. Defendant Worcester Business Development Corporation is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 89 Shrewsbury Street, Worcester, MA.

**Background**

18. To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, inter alia, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven and reimbursed by SBA ("PPP Loans").

19. PPP Loan recipients could receive up to two loans, one in each of two tranches, each called a "draw," i.e., first-draw and second-draw PPP Loans.

20. As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

21. The PPP Program at all times excluded Tax-Exempt 501(c)(4) Organizations from eligibility.

22. Defendants each applied for and received PPP Loans for which they were legally ineligible.

**PPP Loans**

23. Defendants received approval for, and forgiveness of, their PPP Loans on the dates and in the amounts shown on the table attached hereto, despite being legally ineligible for the same.

**Cause of Action**
**False Claims Act, 31 U.S.C. § 3729**

24. Relator repeats and realleges each of the foregoing paragraphs.

25. Each defendant was ineligible to receive its PPP Loan(s) at the time it applied and received approval for the same.

26. Each defendant did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

27. Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

28. Each defendant did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

**Prayer for Relief**

29. WHEREFORE, Relator prays for the following relief against each defendant:

a. A declaration that each defendant did violate the False Claims Act;

b. An amount thrice the amount of PPP Loans and interest forgiven or otherwise not repaid with respect to each defendant, lending fees paid by SBA, foregone interest, and all other damages suffered by the United States government, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

c. The cost of this civil action, apportioned to each defendant respectively in proportion to its share of the aggregate damages recouped herein, under 31 U.S.C. § 3729(a)(3);

d. An award to relator, including its reasonable expenses, attorneys' fees, and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

e. Such other and further relief as may be just and proper.

**Demand for Jury Trial**

30. Relator demands a trial by jury.

Respectfully submitted,

Derek T. Ho, Esq.
Massachusetts State Bar No. 652627
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
202-326-7900
dho@kellogghansen.com
*Attorney for Relator*

Bruce Ellis Fein, Esq.
*Pro hac vice admission pending*
Law Office of Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*

*United States of America ex rel. The Tarbell Group, LLC v. American Promise, et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| American Promise | 501(c)(4) | 1500527205 | 1st | Never | 4/15/2020 | $77,500.00 | 6/15/2021 | $78,376.92 |
| American Promise | 501(c)(4) | 3500748610 | 2nd | Never | 3/17/2021 | $77,500.00 | 10/28/2021 | $77,971.37 |
| Behavioral Healing Services Inc. | 501(c)(4) | 5987047104 | 1st | Never | 4/14/2020 | $5,700.00 | 2/16/2021 | $5,734.21 |
| Blackstone Valley Chamber of Commerce Inc. | 501(c)(4) | 1942588303 | 1st | Never | 1/20/2021 | $36,222.50 | 6/14/2021 | $36,353.30 |
| Blackstone Valley Chamber of Commerce Inc. | 501(c)(4) | 3199738803 | 2nd | Never | 4/14/2021 | $36,222.50 | 11/16/2021 | $36,429.77 |
| Burlington Area Chamber of Commerce | 501(c)(4) | 4844747209 | 1st | Never | 4/27/2020 | $31,195.00 | 2/12/2021 | $31,377.64 |
| Burlington Area Chamber of Commerce | 501(c)(4) | 4340898309 | 2nd | Never | 1/23/2021 | $22,345.00 | 11/16/2021 | $22,524.37 |
| Children's League of Massachusetts Inc. | 501(c)(4) | 5884367103 | 1st | Never | 4/14/2020 | $50,927.50 | 7/27/2021 | $51,578.24 |
| Country Club of Wilbraham Inc. | 501(c)(4) | 4645777106 | 1st | Never | 4/13/2020 | $81,600.00 | 4/8/2021 | $82,393.33 |
| Country Club of Wilbraham Inc. | 501(c)(4) | 3171708302 | 2nd | Never | 1/21/2021 | $81,600.00 | 10/25/2021 | $82,209.73 |
| Greater Haverhill Foundation Inc. | 501(c)(4) | 7148297107 | 1st | Never | 4/14/2020 | $21,800.00 | 11/23/2020 | $21,929.59 |
| Hibernian Building Association of Salem Inc. | 501(c)(4) | 9040017003 | 1st | Never | 4/9/2020 | $27,317.00 | 4/12/2021 | $27,582.58 |

*United States of America ex rel. The Tarbell Group, LLC v. American Promise, et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Hibernian Building Association of Salem Inc. | 501(c)(4) | 8209108407 | 2nd | Never | 2/13/2021 | $21,530.00 | 10/27/2021 | $21,680.11 |
| Jobs For Fall River Inc. | 501(c)(4) | 3336807104 | 1st | Never | 4/11/2020 | $67,500.00 | 2/12/2021 | $64,383.02 |
| Massachusetts Council Of Human Service Providers Inc. | 501(c)(4) | 3087577301 | 1st | Never | 4/29/2020 | $126,700.00 | 6/4/2021 | $128,067.67 |
| Neighborhood Assistance Corporation of America | 501(c)(4) | 6337037202 | 1st | Never | 4/28/2020 | $5,437,766.00 | 7/21/2021 | $5,504,360.01 |
| New England Premiership Inc. | 501(c)(4) | 1133757310 | 1st | Never | 4/28/2020 | $42,200.00 | 5/25/2021 | $42,645.12 |
| Riverside Development Corporation | 501(c)(4) | 9486667004 | 1st | Never | 4/9/2020 | $105,300.00 | 6/10/2021 | $106,505.90 |
| Worcester Business Development Corporation | 501(c)(4) | 5523127008 | 1st | Never | 4/5/2020 | $218,530.00 | 1/15/2021 | $220,200.41 |