**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THE TARBELL GROUP, LLC, Plaintiff, | ) | |
| v. | ) | 24-cv-11951-RGS |
| AMERICAN PROMISE, *et al.* Defendants. | ) | |

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR SETTLEMENT AND OTHERWISE DECLINE TO INTERVENE**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in this action solely for the purposes of settlement with one defendant—Massachusetts Council of Human Service Providers, Inc. ("Providers' Council")—and to decline to intervene as to all other defendants.

The United States, Providers' Council, and the relator executed a settlement agreement effective October 6, 2025 ("Settlement Agreement"), to resolve this False Claims Act action as to Providers' Council. Under the terms and conditions of the Settlement Agreement, the United States and the relator soon will file a Joint Notice of Dismissal as to Providers' Council.

As mentioned above, with respect to all defendants other than Providers' Council, the United States declines to intervene. The relator is considering whether to proceed as to the remaining defendants.

The United States respectfully requests that the Court unseal this action and unseal the relator's Complaint, this Notice, and all pleadings filed thereafter. The United States further requests that all other papers on file in this action remain under seal because, in discussing the

content and extent of the United States' investigation, the United States provided such papers to the Court alone for the sole purpose of the Court's evaluating whether it should extend the seal.

Although the United States declines to intervene in this qui tam action except as to settlement against Providers' Council, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the government under circumstances consistent with the False Claims Act; provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the government requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the government's written consent before ruling or granting its approval.

Further, pursuant to 31 U.S.C. § 3730(c)(3), the government requests that all pleadings filed in this action be served upon the government; the government also requests that orders issued by the Court be sent to the government's counsel. The government reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The government also requests that it be served with all notices of appeal.

A proposed order accompanies this Notice.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: March 2, 2026

By: *<u>/s/ Draft</u>*
Alexandra Brazier
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200

Boston, MA 02210
(617) 748-3100
Alexandra.Brazier@usdoj.gov

**LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel certifies, pursuant to Local Rule 7.1(a)(2), that I have conferred with counsel for the relator, who assents to this notice.

Dated: March 2, 2026

By: *_/s/ Alexandra Brazier_*
Alexandra Brazier
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 2, 2026, I caused the foregoing document to be served on the following counsel by e-mail.

Bruce Ellis Fein
Law Office of Bruce Ellis Fein PLLC
P.O. Box 506
Great Falls, VA 22066
(703) 248-0390
bruce@newdream.net

By: *_/s/ Alexandra Brazier_*
Alexandra Brazier
Assistant United States Attorney