**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* THE TARBELL GROUP, LLC,<br><br>Plaintiff,<br>v.<br><br>AMERICAN PROMISE, *et al.*<br><br>Defendants. | 24-cv-11951-RGS<br><br>**FILED UNDER SEAL** |

**JOINT STIPULATION OF DISMISSAL AS TO**
**MASSACHUSETTS COUNCIL OF HUMAN SERVICE PROVIDERS, INC.**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), in accordance with the terms and conditions of the October 6, 2025 Settlement Agreement among the United States, the relator, and defendant Massachusetts Council of Human Service Providers, Inc. ("Providers' Council Settlement Agreement"), the United States and the relator hereby stipulate to entry of an order as follows:

As to the United States and the relator, dismissing with prejudice the claims released in Paragraph E of the Providers' Council Settlement Agreement as to the Covered Conduct concerning defendant Massachusetts Council of Human Service Providers, Inc., as that term is defined in Recital Paragraph F of that Agreement. The United States and the relator are not seeking dismissal as to the other named defendants. A proposed order is attached.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: April 3, 2026

By: *<u>/s/ Alexandra Brazier</u>*
Alexandra Brazier
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Alexandra.Brazier@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on April 3, 2026, I filed the foregoing document electronically and the document will be served electronically on all registered CM/ECF participants and by email to:

Bruce Ellis Fein
Law Office of Bruce Ellis Fein PLLC
P.O. Box 506
Great Falls, VA 22066
(703) 248-0390
bruce@newdream.net

By: *<u>/s/ Alexandra Brazier</u>*
Alexandra Brazier
Assistant United States Attorney