**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* THE TARBELL GROUP, LLC,<br><br>Plaintiff,<br>v.<br><br>AMERICAN PROMISE, *et al.*<br><br>Defendants. | ) | 24-cv-11951-RGS<br><br>**FILED UNDER SEAL** |

**[PROPOSED]**
**ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms and conditions of the October 6, 2025 Settlement Agreement among the United States, the relator, and defendant Massachusetts Council of Human Service Providers, Inc. ("Providers' Council Settlement Agreement"), the United States and the relator have filed a Joint Stipulation of Dismissal as to defendant Massachusetts Council of Human Service Providers, Inc. ("Providers' Council").

Accordingly, as to the United States and the relator, it is hereby:

**ORDERED** that this action shall as to the United States be dismissed (1) with prejudice as to the claims released in Paragraph E of the Providers' Council Settlement Agreement as to the Covered Conduct, as that term is defined in Recital Paragraph F of the Providers' Council Settlement Agreement, and (2) without prejudice as to any other claims or allegations relator has asserted on behalf of the United States as to Providers' Council.

**ORDERED** that this action shall as to the relator be dismissed with prejudice as to all claims in relator's Complaint (and any amendments thereto) that were not already dismissed as

to Providers' Council, including (but not limited to) any and all claims asserted by relators under the False Claims Act, 31 U.S.C. § 3729.

So Ordered.

Dated: ____________________

____________________________________
HON. RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE