**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* THE TARBELL GROUP, LLC,<br><br>Plaintiff,<br>v.<br><br>AMERICAN PROMISE, *et al.*<br><br>Defendants. | ) | 24-cv-11951-RGS |

**ORDER**

Upon consideration of the United States' Notice of Election to Intervene in Part for Settlement and Otherwise Decline to Intervene ("Notice"), it is hereby **ORDERED** as follows:

The relator's Complaint and the United States' Notice shall be unsealed;

All other filings in these matters shall remain under seal;

The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

The parties shall serve all notices of appeal upon the United States;

All orders of this Court shall be sent to the United States;

Should the relator or any defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval; and

A copy of this Order shall be served upon the United States, and the United States may share this Order with the relator and his counsel.

Dated: 10/8/2026

/s/ Richard G. Stearns
THE HONORABLE RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE